## LEWIS v. STATE.

### No. 18291.

Court of Criminal Appeals of Texas.

April 22, 1936.

Oscar B. Jones, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts or bills of excep-

tion. The indictment appears regular and properly presented. No error has been perceived or pointed out.

The judgment is affirmed.